**LEWIS BRISBOIS BISGAARD & SMITH LLP**
NORA M. NACHTSHEIM, SB# 221618
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant LOWE'S HOME
CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LOUAY ELHADJ,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 through 100, inclusive,<br><br>    Defendant. | CASE NO. 2:17-cv-01919-MCE-CKD<br><br>**ORDER RE STIPULATED MOTION TO MODIFY THE INITIAL PRETRIAL SCHEDULE ORDER**<br><br>Trial Date:   None Set |

Pursuant to the Stipulated Motion to Modify Initial Pretrial Scheduling Order filed with this Court on August 21, 2018, and good cause appearing therefore, IT IS HEREBY ORDERED that the Initial Pretrial Scheduling Order is modified to extend the deadline to complete non-expert discovery to **November 16, 2018**.

IT IS SO ORDERED.

Dated: September 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE