Mark C. Leas, SBN 125371
**Law Offices of Mark C. Leas**
1333 Howe Avenue, Suite 212
Sacramento, California   95825
916-484-6666
Attorneys for Plaintiff LOUAY ELHADJ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LOUAY ELHADJ, an individual, | CASE NO. 2:17-cv-01919-MCE-CKD |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER THEREON |
| vs. | |
| LOWE'S HOME CENTERS, LLC, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff LOUAY ELHADJ and Defendant LOWE'S HOME CENTERS, LLC, by and through their respective counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41 that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

DATED: 1/29/19          LAW OFFICES OF MARK C. LEAS

                        /S/   Mark C. Leas
                        Mark C. Leas, Attorneys for Plaintiff ELHADJ


DATED: 1/29/19          LEWIS BRISBOIS BISGAARD & SMITH LLP

                        /S/   Nora M. Nachtsheim (as authorized on 01-23-19)
                        Nora M. Nachtsheim, Attorneys for Defendant LOWE'S

STIPULATION OF DISMISSAL (FRCP 41) AND ORDER OF DISMISSAL

1

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41,

IT IS HEREBY ORDERED this action is hereby dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  January 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL (FRCP 41) AND ORDER OF DISMISSAL